**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **FANNY LEGER,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:22-cv-18** |
| | § | |
| **PRIMELENDING, A PLAINSCAPITAL** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |

**JOINT MOTION TO CONTINUE**
**INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

Plaintiff Fanny Leger ("Plaintiff") and Defendant PrimeLending, a PlainsCapital Company ("Defendant") (the "Parties") file this Motion to Continue the Initial Pretrial and Scheduling Conference, and in support thereof respectfully states the following:

1.     Plaintiff brought this lawsuit to prevent the foreclosure of the property made subject of this suit. Defendant removed the lawsuit to this Court on January 4, 2022. [Doc. 1].

2.     On January 5, 2022, the Court issued its Order for Conference and Disclosure of Interested Parties, setting the Initial Pretrial and Scheduling Conference for June 22, 2022 at 9:00 a.m. at the United States Courthouse, 515 Rusk Street, Courtroom 600, Houston, Texas 77002. [Doc. 3]. The Parties filed their Joint Discovery / Case Management Plan pursuant to the Court's Order on June 7, 2022. [Doc. 6].

3.     The Parties are currently involved in informal settlement discussions to resolve this matter. Counsel requests that this Court reschedule the Initial Pretrial and Scheduling Conference for sixty (60) days so that counsel may continue discussions to resolution.

4.      This Motion is not sought for delay, but so that counsel can possibly resolve this matter outside of judicial intervention.

WHEREFORE Plaintiff Fanny Leger and Defendant PrimeLending, a PlainsCapital Company respectfully request this court cancel the currently scheduled Initial Pretrial and Scheduling Conference and reschedule same no sooner than sixty days from the date of this Motion.

Respectfully submitted,

By:      /s/ *Shelley L. Hopkins*
         Shelley L. Hopkins – *Attorney In Charge*
         State Bar No. 24036497
         SD ID No. 926469
         HOPKINS LAW, PLLC
         3 Lakeway Centre Ct., Suite 110
         Austin, Texas 78734
         (512) 600-4320
         BARRETT DAFFIN FRAPPIER
         TURNER & ENGEL, LLP - *Of Counsel*
         ShelleyH@bdfgroup.com
         shelley@hopkinslawtexas.com

         Robert D. Forster, II
         State Bar No. 24048470
         SD ID No. 2647781
         BARRETT DAFFIN FRAPPIER
         TURNER & ENGEL, LLP
         4004 Belt Line Road, Ste. 100
         Addison, Texas 75001
         (972) 386-5040
         (972) 341-0734 (Facsimile)
         RobertFO@bdfgroup.com

         **ATTORNEYS FOR DEFENDANT**

By:      /s/ *Bradley L. Leger*
         Bradley L. Leger
         State Bar No. 24039899
         SD ID No. 38360
         Rodney K. Castille
         State Bar No. 03984300

SD ID No. 8282
Leger Ketchum & Cohoon, PLLC
10077 Grogan's Mill Road, Suite 325
The Woodlands, Texas 77380
Tel: (832) 764-7200
Fax: (832) 764-7211
bleger@lkclawfirm.com
rcastille@lkclawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA ECF*:**
Bradley L. Leger
Rodney K. Castille
Leger Ketchum & Cohoon, PLLC
10077 Grogan's Mill Road, Suite 325
The Woodlands, Texas 77380
bleger@lkclawfirm.com
rcastille@lkclawfirm.com
**ATTORNEYS FOR PLAINTIFF**

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins